# EXHIBIT A

# SUMMONS - CIVIL
JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 Hoyt Street Stamford, CT 06902 | (203) 965-5308 | ~~February 4, 2025~~ 3-4-25 |

| [x] Judicial District / [ ] Housing Session | G.A. Number: | At (City/Town): Stamford, CT | Case type code: Major: p90  Minor: |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented | Juris number |
|---|---|
| Brandon Vernon 31 Hawthorne Drive norwalk,ct 06851 | |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 945-9921 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. [x] Yes [ ] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): brandonvernon39@gmail.com

| Parties | Name (Last, First, Middle Initial) and address of each party | |
|---|---|---|
| First plaintiff | Name: Brandon Vernon<br>Address: 31 Hawthorne Drive Norwalk, CT 06851 | P-01 |
| Additional plaintiff | Name: Monica Nugent<br>Address: 31 Hawthorne Drive Norwalk, CT 06851 | P-02 |
| First defendant | Name: Capital One Auto Finance<br>Address: 7933 Preston Road, Plano, TX 75024 | D-01 |
| Additional defendant | Name: Capital One Bank<br>Address: 1680 Capital One Drive, McLean, VA 22102 | D-02 |
| Additional defendant | Name: London & London<br>Address: 48 CHRISTIAN LANE NEWINGTON, CT 06111 | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 2 | Total number of defendants: 3 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | [ ] Commissioner of Superior Court [x] Assistant Clerk | Name of person signing |
|---|---|---|---|
| 12/04 | (signature) | Assistant Clerk | (signature) |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only — File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date 12/31/24 | Docket Number |
|---|---|---|---|

Print Form     Page 1 of 2     Reset Form

**SUPERIOR COURT OF THE STATE OF CONNECTICUT**

**JUDICIAL DISTRICT OF STAMFORD/NORWALK**

**Monica Nugent and Brandon Vernon, Plaintiffs,**
**v.**
**Capital One Auto Finance, Inc., Capital One Bank, and London & London, Defendants.**

**DATED: December 30, 2023**
**RETURN DATE: February 4, 2025**

**COMPLAINT**

COME NOW the Plaintiffs, Monica Nugent and Brandon Vernon, acting as Power of Attorney for Monica Nugent, and allege as follows:

**PARTIES**

1. Plaintiff Monica Nugent is an individual residing at 31 Hawthorne Drive, Norwalk, CT 06851.

2. Plaintiff Brandon Vernon is a Plaintiff in this case and the duly appointed Power of Attorney for Monica Nugent, authorized to handle all business, medical, and legal affairs on her behalf.

3. Defendant Capital One Auto Finance, Inc., is a corporation with its principal place of business located at 7933 Preston Road, Plano, TX 75024.

4. Defendant Capital One Bank (USA), National Association, is a national banking association with its principal place of business located at 1680 Capital One Drive, McLean, VA 22102.

5. Defendant London & London is a debt collection agency and law firm with its principal place of business at 48 Christian Lane, Newington, CT 06111.

**JURISDICTION AND VENUE**

6. This Court has jurisdiction over this matter pursuant to Conn. Gen. Stat. § 51-164s as the Defendant's conduct business within the State of Connecticut and the acts complained of occurred in Connecticut.

7. Venue is proper in this Court pursuant to Conn. Gen. Stat. § 51-345 as the Defendants' actions have caused harm to Plaintiffs within this judicial district.

**FACTUAL BACKGROUND**

8. In or around 2015, an unauthorized and fraudulent Capital One credit card account was opened in the name of Plaintiff Monica Nugent without her knowledge or consent.
9. Plaintiff Nugent has provided substantial evidence, including an FTC Identity Theft Report, to Defendants to validate her fraud claims, yet Defendants have failed to take appropriate action to resolve the fraudulent account.
10. Despite Plaintiff Nugent's valid fraud claims, Defendant Capital One Bank (USA), National Association, has reported a negative charge-off of $1,600 associated with the fraudulent account on her credit report.
11. This negative report has caused significant damage to Plaintiff Nugent's credit score and has limited her ability to secure credit from other financial institutions, thereby causing financial and reputational harm.
12. Defendant Capital One Bank (USA), National Association, testified in small claims court that their denial of Plaintiff Nugent's fraud claim was based on information obtained from LexisNexis, a third-party data aggregator. This investigation method is insufficient and unreliable as LexisNexis collects data from numerous unverified sources.
13. Defendant Capital One Auto Finance, Inc., has inaccurately reported late payments on Plaintiff Nugent's credit report, despite her never having made late payments. These false reports have further damaged her credit score and financial standing.
14. Defendant London & London, acting as a debt collector for Defendants, continued to contact Plaintiff Nugent despite her explicit instructions to cease communication, in violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692c(c).
15. The actions of the Defendants have caused severe emotional distress, financial loss, and reputational harm to Plaintiff Nugent.
16. There was a Capital One 360 Bank account opened fraudulent in the plaintiffs name and it was reported to Capital One by the defendants and they refused to investigate the claims. Now they're reporting negative items on Early Warnings Service about an account plaintiffs never opened.

## CAUSES OF ACTION

## COUNT I: VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA)

16. Plaintiffs repeat and incorporate by reference all preceding paragraphs as though fully set forth herein.

17. Defendants Capital One Bank (USA), National Association, and Capital One Auto Finance, Inc., violated the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.) by failing to conduct a reasonable investigation into Plaintiff Nugent's fraud claims and reporting inaccurate information to credit reporting agencies.

18. These violations caused Plaintiff Nugent significant financial and reputational harm.

## COUNT II: VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)

19. Plaintiffs repeat and incorporate by reference all preceding paragraphs as though fully set forth herein.

20. Defendant London & London violated the FDCPA by continuing to contact Plaintiff Nugent after being instructed to cease communication, thereby engaging in harassment and unlawful behavior.

## COUNT III: NEGLIGENCE

21. Plaintiffs repeat and incorporate by reference all preceding paragraphs as though fully set forth herein.

22. Defendants breached their duty to exercise reasonable care by failing to properly investigate Plaintiff Nugent's fraud claims, reporting false information, and engaging in harassing collection practices.

23. As a direct and proximate result of Defendants' negligence, Plaintiffs suffered financial, emotional, and reputational harm.

## COUNT IV: DEFAMATION

24. Plaintiffs repeat and incorporate by reference all preceding paragraphs as though fully set forth herein.

25. Defendants published false and damaging information about Plaintiff Nugent to credit reporting agencies, knowing or should have known the information was false.
26. These actions caused Plaintiff Nugent financial loss and harm to her reputation.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court:

1. Award compensatory damages in an amount to be determined at trial;
2. Award punitive damages for Defendants' willful and malicious conduct;
3. Order Defendants to correct Plaintiff Nugent's credit reports;
4. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

X_____
Monica Nugent, Plaintiff (Pro Se)
31 Hawthorne Drive
Norwalk, CT 06851
203-945-9921

X_____
Brandon Vernon, Plaintiff (Pro Se)
31 Hawthorne Drive
Norwalk, CT 06851
203-945-9921
brandonvernon39@gmail.com

**SUPERIOR COURT OF THE STATE OF CONNECTICUT**

**JUDICIAL DISTRICT OF STAMFORD/NORWALK**

**Monica Nugent and Brandon Vernon, Plaintiffs,**
**v.**
**Capital One Auto Finance, Inc., Capital One Bank, and London & London, Defendants.**

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest and or property in demand is greater than **FIFTEEN THOUSAND ($15,000.00) DOLLARS**, exclusive of interest or costs.

Respectfully submitted,

X _____
Monica Nugent, Plaintiff (Pro Se)
31 Hawthorne Drive
Norwalk, CT 06851
203-945-9921

X _____
Brandon Vernon, Plaintiff (Pro Se)
31 Hawthorne Drive
Norwalk, CT 06851
203-945-9921
brandonvernon39@gmail.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing Complaint has been sent via certified mail or electronic mail to all named Defendants at their respective addresses on this December 30, 2024.

Capital One Auto Finance, Inc.
7933 Preston Road, Plano, TX 75024

Capital One Bank
1680 Capital One Drive, McLean, VA 22102

LONDON & LONDON (406548)
48 CHRISTIAN LANE
NEWINGTON, CT 06111

Respectfully submitted,

X_____
Monica Nugent, Plaintiff (Pro Se)
31 Hawthorne Drive
Norwalk, CT 06851
203-945-9921

X_____
Brandon Vernon, Plaintiff (Pro Se)
31 Hawthorne Drive
Norwalk, CT 06851
203-945-9921
brandonvernon39@gmail.com

# APPLICATION FOR WAIVER OF FEES/PAYMENT OF COSTS - CIVIL, HOUSING, SMALL CLAIMS, AND APPELLATE

JD-CV-120 Rev. 1-19
C.G.S. §§ 52-259, 52-259b, 52-259c
P.B. §§ 8-2, 63-6

## Application
To: The Superior Court

**Instructions to person asking for the waiver (applicant)**
1. Fill out Application. For help, see Help Text for Application for Waiver of Fees/Payment of Costs - Civil, Housing, Small Claims, and Appellate (form JD-CV-120H).
2. Sign the form under oath in front of a clerk, a notary, or an attorney.
3. Bring this form to the court where your case will be filed or is/was pending.
4. If this application for fees payable to the court or for costs of service of process is denied, you may ask for a hearing in the Request for Hearing on Denied Application section on page 2.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

*Note: This form will be put in the case file, which may be available to be viewed by the public.*

| Name of case (Plaintiff v. Defendant) | Docket number (If applicable) |
|---|---|
| Brandon Vernon v Capital One Bank, Capital One Auto Finance and London & London | |

[x] Judicial District  [ ] Housing Session
Address of court: 123 Hoyt Street Stamford, CT 06902

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip) | Telephone (Area code first) |
|---|---|---|
| vernon, brandon | 31 hawthorne drive norwalk,ct 06851 | 203-945-9921 |

**Type of proceeding:**
[x] Civil case
[ ] Small claims case
[ ] Housing (Landlord-Tenant case)
[ ] Appellate matter (Supreme or Appellate Court)
[ ] Other (Specify):

## Fee Waiver/Payment of costs
I ask that the court order that I do not have to pay fees or to order the State to pay the costs below. *(Check all that apply)*

[x] Entry fee    [x] Filing fee    [x] Costs of service of process *(Delivery of papers)*    [ ] Appellate filing fee (Supreme or Appellate Court)
[ ] Cost of the transcript for appeal    [ ] Other fee *(Specify):*

## Grounds for Appeal
*(Complete if requesting waiver of Appellate filing fee (Supreme or Appellate Court) and/or payment of cost of the transcript for appeal.)*
The grounds on which I propose to appeal are: _____

## Financial Affidavit

**1. Dependents**
Total number of dependents *(Do not count yourself)*: 1

**2. Monthly Income**

| | |
|---|---|
| A. Gross monthly income from all sources *(Money you get in one month from work and other sources, before taxes)* | |
| B. Net monthly income *(after taxes)* from employment | |
| C. Income from sources other than employment *(For example, TFA, Social Security, etc.)* List sources of other income: ___ | + $ 900.00 |
| Total Monthly Income (B+C) = | = $ 900.00 |

**3. Monthly Expenses**

| | |
|---|---|
| A. Rent/Mortgage | |
| B. Real Estate Taxes | |
| C. Utilities *(Telephone, heat, electric, water, gas, etc.)* | |
| D. Food | $ 200.00 |
| E. Clothing | $ 125.00 |
| F. Insurance Premiums *(Medical/dental, auto, life, home)* | |
| G. Medical/Dental | |
| H. Transportation *(Bus, gasoline, etc.)* | $ 150.00 |
| I. Child Care | $ 200.00 |
| J. Other *(Specify):* ___ | |
| Total Monthly Expenses = | $ 675.00 |

**4. Assets**

| | Estimated Value (Current worth) | Loan Balance (Amount owed) | Equity (Estimated Value minus Loan Balance) |
|---|---|---|---|
| A. Real Estate | | | Real Estate $ 0.00 |
| B. Motor Vehicles | | | Motor Vehicle $ 0.00 |
| C. Other Personal Property *(For example, jewelry, furniture, etc.)* | | | Other Property $ 0.00 |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking |
| F. Cash | | | Cash |
| G. Other Assets *(Specify):* ___ | | | Other Assets |
| | | Total Assets = | $ 0.00 |

**5. Liabilities/Debts** *(For example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Liabilities = | $ 0.00 | $ 0.00 |

[ Print Form ]    Page 1 of 3    [ Reset Form ]

| Name of Case *(Plaintiff v. Defendant)* | Docket number *(if applicable)* |
|---|---|
| Brandon Vernon v Capital One Bank, Capital One Auto Finance and London & London | |

6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

## - Notice -

*Any false statement made by you under oath which you do not believe to be true and which is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

I certify that the information on this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed on this application.

| Signed *(Applicant)* | Print name of person signing at left | Date signed |
|---|---|---|
| X *[signature]* | Brandon Vernon | 12/31/2[4] |
| Subscribed and sworn to before me: | On *(Date)* 12-31-2024 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* Andrew Lorenzo Clerk |

## Order

Having reviewed the application, the court finds as follows:

☑ 1. The applicant is indigent and unable to pay the following fees which are waived:
   ☑ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
   ☐ Other fee *(Specify)*_____

☑ 2. The applicant is indigent and unable to pay the cost of service. A state marshal's fee not to exceed $ *statutory limit*
   shall be paid by the state.

☐ 3. The applicant is indigent and unable to pay the cost of the transcript for appeal, which shall be paid by the State in accordance with Practice Book Section 63-6.

☐ 4. The applicant is indigent but able to pay fees, costs of service, and the cost of the transcript for appeal, and the application is denied.

☐ 5. The applicant is not indigent and the application is denied.

☐ 6. Denied: the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ 7. Denied. Other *(Specify)*: _____

| By the Court *(Print or type name of Judge)* | On *(Date)* | Signed *(Judge, Clerk)* | Date signed |
|---|---|---|---|
| *[illegible]* | 1/6/25 | *[signature]* | 1/6/25 |

## Request For Hearing On Denied Application *(Fees payable to the court or costs of service of process)*

This section should be filled out only if the court has checked #4, 5, 6 or 7 above and denied the application.

☐ I request a court hearing on my application. ▶

| Signed *(Applicant)* | Date signed |
|---|---|

## Hearing

| Hearing to be held on *(Date)* | Location |
|---|---|
| At *(Time)* | Signed *(Clerk)* |

JD-CV-120 Rev. 1-19                                    Page 2 of 3

[ Print Form ]                                              [ Reset Form ]

Name of case (Plaintiff v Defendant):
Case 3:25-cv-00332-SFR   Document 1-1   Filed 03/06/25   Page 11 of 11  Docket number (if applicable)
Brandon Vernon v Capital One Bank, Capital One Auto Finance and London & London

## Order After Hearing

Having reviewed the application, the court finds as follows:

☐ 1. The applicant is indigent and unable to pay the following fees which are waived:
    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)
    ☐ Other fee *(Specify)*_____

☐ 2. The applicant is indigent and unable to pay the cost of service. A state marshal's fee not to exceed $_____ shall be paid by the state.

☐ 3. The applicant is indigent and unable to pay the cost of the transcript for appeal, which shall be paid by the State in accordance with Practice Book Section 63-6.

☐ 4. The applicant is indigent but able to pay fees, costs of service, and the cost of the transcript for appeal, and the application is denied.

☐ 5. The applicant is not indigent and the application is denied.

☐ 6. Denied: the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ 7. Denied. Other *(Specify)*: _____

| By the Court *(Print or type name of Judge)* | On *(Date)* | Signed *(Judge, Clerk)* | Date signed |
|---|---|---|---|
|  |  |  |  |

### ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.