MAR 12 2025 PM1:02
FILED - USDC - BPT - CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**MONICA NUGENT and BRANDON VERNON,**
Plaintiffs,

v.

**CAPITAL ONE AUTO FINANCE, INC.,**
**CAPITAL ONE BANK, and LONDON & LONDON,**
Defendants.

**CASE NO.: 3:25-cv-00332**
**MARCH 7, 2025**

**AMENDED COMPLAINT**

NOW COME the Plaintiffs, **Monica Nugent and Brandon Vernon**, by and through their undersigned counsel, and for their Amended Complaint against the Defendants, **Capital One Auto Finance, Inc., Capital One Bank, and London & London**, allege as follows:

## I. INTRODUCTION

1. This is a civil action arising exclusively under the laws of the **State of Connecticut**. Plaintiffs assert claims for **negligence, defamation, and violations of Connecticut consumer protection laws**.
2. Plaintiffs **expressly do not assert any claims under federal law**, including but not limited to the **Fair Credit Reporting Act (FCRA) or the Fair Debt Collection Practices Act (FDCPA)**. Any previous references to federal statutes are hereby **withdrawn in full**.
3. Plaintiffs further stipulate that **the total amount in controversy does not exceed $75,000**, exclusive of interest and costs.

## II. PARTIES

4. Plaintiff **Monica Nugent** is a resident of **Norwalk, Connecticut**.
5. Plaintiff **Brandon Vernon** is a resident of **Norwalk, Connecticut**.
6. Defendant **Capital One Auto Finance, Inc.** is a corporation organized under the laws of **Virginia**, with its principal place of business in **Virginia**.
7. Defendant **Capital One Bank** is a corporation organized under the laws of **Virginia**, with its principal place of business in **Virginia**.

8. Defendant **London & London** is a law firm and collection agency with a principal place of business in **Connecticut**.

### III. JURISDICTION & VENUE

9. This Court has **subject matter jurisdiction** over this action because all claims arise under **Connecticut state law**.
10. This Court has **personal jurisdiction** over Defendants because they conduct business in Connecticut and the events giving rise to this action occurred in Connecticut.
11. Venue is proper in this Court because Plaintiffs reside in **Norwalk, Connecticut**, and Defendants conduct business within this judicial district.

### IV. FACTUAL BACKGROUND

12. Plaintiffs obtained an auto loan from **Capital One Auto Finance, Inc.**, serviced by **Capital One Bank**.
13. Plaintiffs made timely payments; however, Defendants **negligently misapplied payments and reported inaccurate information** to third parties, including credit bureaus and debt collectors.
14. Defendant **London & London**, acting as a collection agency, made **defamatory statements** to third parties regarding Plaintiffs' financial status and alleged non-payment.
15. As a result of Defendants' actions, Plaintiffs suffered **economic harm, reputational damage, and emotional distress**.

### V. CAUSES OF ACTION

### COUNT ONE – NEGLIGENCE (Against All Defendants)

16. Plaintiffs incorporate by reference the allegations set forth in Paragraphs 1-15.
17. Defendants owed Plaintiffs a duty of reasonable care in handling their financial accounts and credit reporting.
18. Defendants breached their duty by **failing to properly credit payments, making erroneous debt collection efforts, and negligently misrepresenting Plaintiffs' financial obligations**.
19. As a direct and proximate result of Defendants' negligence, Plaintiffs suffered **financial harm and emotional distress**.

### COUNT TWO – DEFAMATION (Against All Defendants)

20. Plaintiffs incorporate by reference the allegations set forth in Paragraphs 1-19.
21. Defendants published **false and defamatory statements** regarding Plaintiffs' financial standing to third parties, including creditors and collection agencies.

22. Defendants acted **negligently and/or with reckless disregard for the truth**, causing harm to Plaintiffs' reputations.
23. As a direct and proximate result, Plaintiffs suffered **damage to their reputations and emotional distress**.

**COUNT THREE – VIOLATION OF CONNECTICUT CONSUMER PROTECTION LAWS (Against All Defendants)**

24. Plaintiffs incorporate by reference the allegations set forth in Paragraphs 1-23.
25. Defendants engaged in **unfair and deceptive practices in violation of the Connecticut Unfair Trade Practices Act (CUTPA)** by **misrepresenting Plaintiffs' debt status, engaging in improper debt collection practices, and negligently furnishing inaccurate information**.
26. As a result of Defendants' unfair and deceptive practices, Plaintiffs suffered **financial harm and emotional distress**.

**VI. PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request judgment in their favor and against Defendants, and request relief as follows:

A. **Compensatory damages** in an amount **not exceeding $75,000**; B. **Punitive damages** as permitted by Connecticut law; C. **Injunctive relief** to correct Defendants' reporting and collection practices; D. **Attorneys' fees and costs** as permitted by state law; E. Any other relief this Court deems just and proper.

**VII. JURY DEMAND**

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted,

x B.Vernon m nugent

**MONICA NUGENT and BRANDON VERNON, Pro Se**
**31 Hawthorne Drive Norwalk, CT 06851**
brandonvernon39@gmail.com
**203-945-9921**

**STATEMENT OF AMOUNT IN DEMAND**

The amount, legal interest and or property in demand is greater than **FIFTEEN THOUSAND ($15,000.00) DOLLARS**, exclusive of interest or costs.

Respectfully submitted,

X B.Vernon m nugent

**MONICA NUGENT and BRANDON VERNON, Pro Se**
**31 Hawthorne Drive Norwalk, CT 06851**
brandonvernon39@gmail.com
**203-945-9921**

**CERTIFICATE OF SERVICE**

I hereby certify that on this **7th day of March, 2025**, a copy of the foregoing Amended Complaint was served via electronic mail and/or first-class mail upon the following counsel of record:

**Bennet J. Moskowitz**
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
Email: bennet.moskowitz@troutman.com

Respectfully submitted,

X B.Vernon m nugent

**MONICA NUGENT and BRANDON VERNON, Pro Se**
**31 Hawthorne Drive Norwalk, CT 06851**
brandonvernon39@gmail.com
**203-945-9921**

31 HAWTHORNE DR
NORWALK, CT 06851
UNITED STATES US

CAD: 6570125/ROSA2610

TO CLERK OFFICE

915 LAFAYETTE BLVD

BRIDGEPORT CT 06604

(203) 579-5861
INV:
PO:
REF:
DEPT:

FedEx Express

E

TRK# 0201 7726 1394 9835

WED - 12 MAR 5:00P
** 2DAY **

4Z NSRFG

06604
CT-US BDL

0059 WED 03/12 08:20
NSRFG
915 LAFAYETTE BLVD
BRIDGEPORT CT

205-1585

06604-4706-40

5390819

G

ETP: 1
SP:PD:100:Y
1195269221520000660100772613949835

Envelope

Recycle me.

XRAY SCREEN
COMPLETED