MAR 13 2025 PM12:27
FILED - USDC - BPT - CT

| | | |
|---|---|---|
| **MONICA NUGENT and BRANDON VERNON,** | § | |
| **Plaintiffs,** | § | **Case No.: 3:25-cv-00332-SFR** |
| | § | |
| **vs.** | § | |
| | § | |
| **CAPITAL ONE AUTO FINANCE, INC., CAPITAL ONE BANK, and LONDON & LONDON,** | § | |
| **Defendants.** | § | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiffs hereby stipulate to and gives notice of the dismissal with prejudice of the above-entitled and numbered action as to Defendant London & London, only.

Respectfully submitted,

B. Vernon
BRANDON NUGENT

m nugent
MONICA NUGENT

| | | |
|---|---|---|
| **MONICA NUGENT and BRANDON VERNON,** | **§** | |
| **Plaintiffs,** | **§** | **Case No.: 3:25-cv-00332-SFR** |
| | **§** | |
| **vs.** | **§** | |
| | **§** | |
| **CAPITAL ONE AUTO FINANCE, INC., CAPITAL ONE BANK, and LONDON & LONDON,** | **§** | **March 11, 2025** |
| **Defendants.** | **§** | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiffs hereby stipulate to and gives notice of the dismissal with prejudice of the above-entitled and numbered action as to Defendant London & London, only.

Respectfully submitted,

BRANDON VERNON

Certification of Service

I hereby certify that on March 11, 2025, I sent this of Notice of Voluntary Dismissal to the court and per the CM/ECF System, notice will automatically be sent to all attorneys of record. Parties may access this filing through the Court's system.

BRANDON VERNON

ORIGIN ID:BDLA (860) 666-4500
RUSSELL LONDON
LONDON & LONDON
48 CHRISTIAN LANE

NEWINGTON, CT 06111
UNITED STATES US

SHIP DATE: 11MAR25
ACTWGT: 0.50 LB
CAD: 110304683/INET4820

BILL SENDER

TO CLERK'S OFFICE
UNITED STATES DISTRICT COURT
915 LAFAYETTE BOULEVARD

BRIDGEPORT CT 06604
(860) 666-4500
INV:
PO: REF:
DEPT:

58CJ3/5027/C6C4

FedEx Express
E

FedEx
TRK# 0201 7726 4470 3540

THU - 13 MAR 5:00P
STANDARD OVERNIGHT

00 NSRFG

BCCA 06604
CT-US BDL

58CJ3/5027/C6C4

FedEx Ship Manager - Print Your Label(s)

3/11/25, 3:42 PM

**This envelope is only for FedEx Express® shipments.**
You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

FedEx Service

08/28/24 16:52

X-RAY SCREEN