UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAY 19 2025 AM10:58
FILED - USDC - BPT - C

Brandon Vernon and Monica Nugent, )
Plaintiffs, )
)
v. ) Case No. 3:25-cv-00332
)
Capital One Auto Finance, Inc., )
Capital One Bank (USA), N.A., )
Defendants. )
)

MOTION FOR STATUS CONFERENCE

NOW COME the Plaintiffs, Brandon Vernon and Monica Nugent, self-represented, and respectfully move this Honorable Court to schedule a Status Conference in the above-captioned matter to address the current posture of the case, outstanding motions, and the overall progress of litigation.

1. Plaintiffs filed an Amended Complaint asserting only Connecticut state law claims and explicitly disclaiming any federal jurisdiction under FCRA or other federal statutes.
2. Plaintiffs filed a timely Motion to Remand (ECF No. 13) to which Defendants filed a Cross-Motion to Dismiss (ECF No. 19).
3. The Court issued orders (ECF Nos. 25 & 26) allowing the parties to file sur-replies and denied Plaintiffs' Motion to Compel.
4. Plaintiffs filed an Opposition to the Cross-Motion to Dismiss and a Reply to Defendants' filings (ECF No. 23).
5. As of the date of this motion, no ruling has been issued on the Motion to Remand or the Cross-Motion to Dismiss, and no conference has been held to clarify procedural or jurisdictional issues.
6. Plaintiffs respectfully submit that a status conference would serve judicial economy, clarify pending issues, and ensure a just and efficient resolution of this matter.

WHEREFORE, Plaintiffs respectfully request that the Court schedule a telephonic or in-person status conference at the Court's earliest convenience.

Dated: May 14, 2025

Respectfully submitted,

/s/ Brandon Vernon, Pro Se
31 Hawthorne Drive
Norwalk, CT 06851
brandonvernon39@gmail.com
Self-Represented Litigant

/s/ Monica Nugent, Pro Se
31 Hawthorne Drive
Norwalk, CT 06851
Self-Represented Litigant

CERTIFICATION

We hereby certify that a copy of the foregoing was sent on May 14, 2025, via electronic mail to the following counsel of record:

Bennet J. Moskowitz
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
bennet.moskowitz@troutman.com

/s/ Brandon Vernon

/s/ Monica Nugent

TO REUSE: Mark through all previous shipping labels and barcodes.

Align top of ... re.

ORIGIN ID:YAKA (203) 945-8921
BRANDON VERNON

31 HAWTHORNE DR

NORWALK, CT 06851
UNITED STATES US

SHIP DATE: 16MAY25
ACTWGT: 0.35 LB
CAD: 6570125/ROSA2630

TO CLECK OFFICE

915 LAFAYETTE BLVD

BRIDGEPORT CT 06604

(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx
Express

E

REL#
3785346

TUE - 20 MAY 5:00P
** 2DAY **

TRK# 0201 8813 2349 4650

4Z NSRFG

06604
CT-US BDL

Part # 156297-435 RRDB2 EXP 03/26

X-RAY SCREEN COMPLETE

ble Enve
me.

Align bottom of peel-and-stick airbill or pouch here.